UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00457-GNS-CHL

**KALEB RUSSELL,** **Plaintiff,**

v.

**BELLARMINE UNIVERSITY INCORPORATED,** **Defendant.**

## ORDER

The undersigned conducted *ex parte* calls regarding settlement. Based on those calls, the Court will direct the Parties to continue to engage in private negotiations and report back to the Court on whether they believe either a settlement conference or further *ex parte* calls could be productive.

Accordingly,

IT IS HEREBY ORDERED that Parties shall continue their private negotiations. On or before **February 25, 2025**, the Parties shall file a joint status report regarding whether they believe a settlement conference or further *ex parte* calls would be productive. Their status report shall include no specific offers or demands exchanged. The current deadline for filing *Daubert*/dispositive motions **REMAINS STAYED** pending further order from the Court.

January 27, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

0|45