**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Electronically Filed*

| | |
|---|---|
| KALEB RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:23-cv-00457-GNS |
| ) | |
| BELLARMINE UNIVERSITY ) | |
| INCORPORATED, ) | |
| ) | |
| Defendant. ) | |
| ) | |

\* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Pursuant to the Court's January 27, 2025 Order (DN 22), Plaintiff Kaleb Russell and Defendant Bellarmine University, Inc. jointly report as follows:

1. At this time, the parties do not believe a settlement conference or further *ex parte* settlement calls with the Court would be productive.

Respectfully Submitted,

| | |
|---|---|
| */s/ P. Stewart Abney (by JAC w/permission)* | */s/ Jeffrey A. Calabrese* |
| P. Stewart Abney | Jeffrey A. Calabrese |
| ABNEY LAW OFFICE, PLLC | Amy L. Miles |
| 1000 Cherokee Road | Stoll Keenon Ogden PLLC |
| Suite 7 | 400 West Market Street, Suite 2700 |
| Louisville, Kentucky 40204 | Louisville, KY 40202-2828 |
| Phone: (502) 498-8585 | Phone: (502) 333-6000 |
| stewart@abneylegal.com | jeff.calabrese@skofirm.com |
| *Counsel for Plaintiff* | amy.miles@skofirm.com |
| | *Counsel for Defendant* |

*4924-5701-6863.1*