# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:23-CV-00457-GNS-CHL

**KALEB RUSSELL,**     **Plaintiff,**

v.

**BELLARMINE UNIVERSITY INCORPORATED,**     **Defendant.**

## ORDER

Before the Court is the Parties' Joint Status Report. (DN 23.) The Parties indicated that they do not believe that either a settlement conference or further *ex parte* calls regarding settlement would be productive.

Accordingly,

IT IS HEREBY ORDERED that counsel for the Parties shall file all dispositive motions on or before **April 4, 2025**. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (Daubert motions).

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
    March 7, 2025